UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CIVIL ACTION NO. 1:08-CV-38-R


MARLON JOHNSON                                            PLAINTIFF

VS.

WILLIAM BAKER, BRANDON BRYAN,                            DEFENDANTS
BRANDON HERRINGTON, TOMMY HURST,
 AND RODNEY SEILER

### PLAINTIFF'S MOTION IN LIMINE


Comes now the Plaintiff, by Counsel, and hereby submits his Motion in Limine.



Respectfully submitted,

 /s/  W. KENNETH NEVITT
 W. KENNETH NEVITT
 NEVITT LAW OFFICE
 Counsel for Plaintiff
 2843 Brownsboro Road, Suite 206
 Louisville, KY  40206
 Telephone: (502) 895-2454
 Facsimile:  (502) 896-2454
 e-mail: kennevitt@hotmail.com
 Co-Counsel for Plaintiff

 /s/ Stephen P. Imhoff_____
 Stephen P. Imhoff
 2843 Brownsboro Rd., Suite 101
 Louisville, KY 40206
 Telephone: (502) 899-2414
 Facsimile:  (502) 899-2415
 e-mail: spimhoff@bellsouth.net
 Co-Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this July 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System and certify that a true and correct copy of the foregoing Motion in Limine have this July 2, 2009 been served by e-mail upon the following:

Matt McGill
mmcgill@elpolaw.com
Charles English, Jr.
buzz@elpolaw.com
Bobby H. Richardson
bhr@rgba-law.com

<u>/s/ W. Kenneth Nevitt</u><br>
W. Kenneth Nevitt

## MOTION IN LIMINE TO EXCLUDE EVIDENCE

## RELATING TO PLAINTIFF'S PRIOR AND SUBSEQUENT ARRESTS,

## IMPRISONMENTS, AND USE OF ILLEGAL DRUGS

Comes the Plaintiff, by Counsel, and for his motion in limine requests that this Court preclude the Defendants from offering any evidence or testimony or questioning regarding Plaintiff's prior and subsequent arrests, imprisonments, and use of illegal drugs. Any such testimony would be irrelevant, not material, and any probative value would be outweighed by their prejudicial value, and or would violate the court's rules of evidence.

Defendant Bryan testified by trial deposition previously that he "could have" wrote down Plaintiff's weight on his forms based upon information gained from prior arrests. Defendant Bryan also testified that Mr. Johnson could not have been charged with any alcohol charges because Mr. Johnson was on private property when he was arrested. It is the position of Plaintiff that this statement should be stricken from the record, due to this witness not being qualified to testify as to what the elements of criminal charges are, the witness not being a police officer.

Respectfully submitted,

/s/  W. KENNETH NEVITT
W. KENNETH NEVITT
NEVITT LAW OFFICE
Counsel for Plaintiff
2843 Brownsboro Road, Suite 206
Louisville, KY  40206

Telephone: (502) 895-2454
Facsimile:  (502) 896-2454
e-mail: kennevitt@hotmail.com
Co-Counsel for Plaintiff

 /s/ Stephen P. Imhoff_____
Stephen P. Imhoff
2843 Brownsboro Rd., Suite 101
Louisville, KY 40206
Telephone: (502) 899-2414
Facsimile:  (502) 899-2415
e-mail: spimhoff@bellsouth.net
Co-Counsel for Plaintiff